IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01254-BNB

MARK ANTHONY GLASS,

    Applicant,

v.

WARDEN WILEY,
REGIONAL DIRECTOR NALLEY, and
ADMINISTRATOR NATIONAL INMATE APPEALS WATTS,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 2 9 2006

C. LANGHAM
CLERK

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    This matter is before the Court on the second motion for extension of time submitted by Applicant Mark Anthony Glass and filed with the Court on August 25, 2006. The motion for extension of time is GRANTED. Applicant shall have **thirty (30) days from the date of this minute order** in which to cure the deficiencies designated in the June 29, 2006, order to cure. Failure to do so within the time allowed will result in the dismissal of this action. Applicant's motion for an order directing the Springfield, Missouri, medical center to provide him with photocopies is DENIED.

Dated: August 29, 2006

Copies of this Minute Order mailed on August 29, 2006, to the following:

Mark Glass
Reg. No. 02704-748
USMCFP – Springfield
PO Box 4000
Springfield, MO 65801-4000

                                        Secretary/Deputy Clerk