IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 31 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. 06-cv-01254-BNB

MARK ANTHONY GLASS,

    Plaintiff,

v.

WARDEN WILEY, and
COUNSELOR KNOX,

    Defendants.

---

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Plaintiff's October 30, 2006, motion to file an amended complaint is GRANTED. The caption to this order reflects the names of the defendants being sued in the amended complaint. Plaintiff's October 30 attempt to show cause why he is unable to pay the $5.00 initial partial filing fee due in this action is DENIED. The certified account statement Plaintiff submitted on October 30 shows that he has $29.20 in his inmate account. This amount is sufficient to pay the $5.00 initial partial filing fee required in this action. Plaintiff will be allowed **thirty (30) days from the date of this order** in which to pay the $5.00 initial partial filing fee or to show cause as directed in the September 29, 2006, order why he is unable to do so.

Dated: October 31, 2006

---

Copies of this Minute Order mailed on October 31, 2006, to the following:

Mark Glass
Reg. No. 02704-748
Medical Center For Fed. Prisoners
P.O. Box 4000
Springfield, MO 65801

                              Secretary/Deputy Clerk